# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS HERRERA DIAZ,<br><br>          Petitioner,<br><br>    v.<br><br>GEORGE NEOTTI, Warden,<br><br>          Respondent. | Case No. CV 10-5149-CJC (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, the Report and Recommendation of the United States Magistrate Judge ("R&R"), and Petitioner's Objections to the R&R. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected.[1] The Court accepts the findings and recommendations of the Magistrate Judge.

---

[1] Petitioner attempts to raise a new legal claim in his Objections, which the Court declines to consider. See United States v. Howell, 231 F.3d 615, 621 (9th Cir. 2000) (district court may, but is not required, to consider allegations raised for the first time in objections to a magistrate judge's report and recommendation).

1 | IT IS HEREBY ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied;
2 | and (2) Judgment shall be entered dismissing the action with prejudice.

4 | DATED: August 8, 2012

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE