JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS HERRERA DIAZ,<br><br>        Petitioner,<br><br>    v.<br><br>GEORGE NEOTTI, Warden,<br><br>        Respondent. | Case No. CV 10-5149-CJC (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: August 8, 2012

                                        CORMAC J. CARNEY
                            UNITED STATES DISTRICT JUDGE